UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC..
                Plaintiff,               Index # 07-CV-8759

   -against-

                                        **CERTIFICATE OF SERVICE**

NUESTRO BAR INCORPORATION
d/b/a NUESTRO BAR
and LUIS PENA
and HECTOR LIMAS CASTILLO
                Defendants,
_____

     I certify that a copy of the Order For Initial Pretrial Conference rwas sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on November 12, 2007:

To:    Nuestro Bar Incorporated
        d/b/a Nuestro Bar
        8 East Mount Eden Ave..
        Bronx, NY 10457

        Luis M. Pena
        8 East Mount Eden Ave.
        Bronx, NY 10457

        Hector Limas Castillo
        8 East Mount Eden Ave.
        Bronx, NY 10457


                        By:    /s/ Lucille Eichler
                                 Lucille Eichler
                                 Paul J. Hooten & Associates
                                 5505 Nesconset Highway, Suite 203
                                 Mt. Sinai, NY 11766