```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
J&J SPORTS PRODUCTIONS, INC.,         :

                Plaintiff,        :     07 Civ. 8759 (WHP)

              -against-          :     <u>SCHEDULING ORDER NO. 1</u>

NUESTRO BAR INCORPORATION d/b/a       :
Nuestro Bar, LUIS PENA and HECTOR
LIMAS CASTILLO,                       :

               Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Counsel for Plaintiff having appeared for a conference on January 29, 2008:

      1. Plaintiff is directed to serve a copy of the Complaint on the individual Defendants by February 29, 2008;

      2. Plaintiff is directed to serve a copy of this Order on the corporate Defendant; and

      3. A status conference will be held on April 4, 2008 at 9:45 a.m.

Dated: January 29, 2008
      New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Copy mailed to*:

Paul Joseph Hooten, Esq.
Paul J. Hooten & Associates
5505 Nesconset Hwy., Suite 203
Mt. Sinai, NY 11766
*Counsel for Plaintiff*