UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
      Plaintiff,        Index # 07-CV-8759

  -against-
                **CERTIFICATE OF SERVICE**

NUESTRO BAR INCORPORATION
d/b/a NUESTRO BAR
and LUIS PENA
and HECTOR LIMAS CASTILLO
       Defendants,
_____

  I certify that a copy of the January 292, 2008 Scheduling Order No. 1 issued by the Honorable William H. Pauley III was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on February 1, 2008:

To: Nuestro Bar Incorporation
   d/b/a Nuestro Bar
   8 East Mount Eden Ave.
   Bronx, NY 10457

          By: /s/ Lucille Eichler
             Lucille Eichler
             Paul J. Hooten & Associates
             5505 Nesconset Highway, Suite 203
             Mt. Sinai, NY 11766