UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Index No.8759/07
_____

J & J SPORTS PRODUCTIONS, INC.
        Plaintiff

        against                                **STIPULATION**
                                                                             **DISCONTINUING**
                                                                            **ACTION**

NUESTRO BAR INCORPORATED
LUIS M. PENA
HECTOR LIMAS CASTILLO
        Defendant
_____

       **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the Plaintiff, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on Luis M. Pena and Hector Limas Castillo ONLY without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/1/08

/s/ Paul J. Hooten
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547


SO ORDERED:


_____
William H. Pauley III
United States District Judge