UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 8759/07

07-CV-8759

J & J SPORTS PRODUCTIONS, INC.

Plaintiff

against

NUESTRO BAR INCORPORATED
LUIS M. PENA
HECTOR LIMAS CASTILLO

Defendant

**STIPULATION
DISCONTINUING
ACTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/14/08

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of

record for the Plaintiff, that whereas no party hereto is an infant, incompetent person for whom

a committee has been appointed or conservatee and no person not a party has an interest in the

subject matter of the action, the above entitled action be, and the same hereby is discontinued,

on Luis M. Pena and Hector Limas Castillo ONLY without costs to either party as against the

other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/1/08

Paul J. Hooten, Esq.,
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY  11766
(631) 331-0547

SO ORDERED:

William H. Pauley III
United States District Judge