```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
J&J SPORTS PRODUCTIONS, INC.,                :

               Plaintiff,    :    07 Civ. 8759 (WHP)

        -against-    :    <u>ORDER</u>

NUESTRO BAR INCORPORATION d/b/a    :
Nuestro Bar, LUIS PENA and HECTOR
LIMAS CASTILLO,                    :

              Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Defendant Nuestro Bar Inc. having failed to appear in this action, Plaintiff shall file and serve its motion for default judgment by April 25, 2008.

Dated: April 16, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Copy mailed to*:

Paul Joseph Hooten, Esq.
Paul J. Hooten & Associates
5505 Nesconset Hwy., Suite 203
Mt. Sinai, NY 11766
*Counsel for Plaintiff*