UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                              Plaintiff                  CIVIL NO. 07-CV-8759

  -AGAINST-

NUESTRO BAR INCORPORATED
d/b/a NUESTRO BAR                    **AMENDED NOTICE OF MOTION**
and LUIS M. PENA                       **DEFAULT JUDGMENT**
and HECTOR LIMAS CASTILLO

                            Defendant
-----------------------------------------------------X

Sirs:

      PLEASE TAKE NOTICE that a final judgment of which the within is a copy will be presented to the Honorable William H. Pauley, III , Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 31  day of July, 2008 at 12:00 o'clock p.m..

Mt. Sinai, New York

July 22, 2008                              Paul J. Hooten & Associates
                              By:   /s/ Paul J. Hooten
                                      Paul J. Hooten
                                      5505 Nesconset Highway, Suite 203
                                      Mt. Sinai, NY 11766
                                      Attorney for Plaintiff

Nuestro Bar Incorporated
d/b/a Nuestro Bar
8 East Mount Eden Ave.
Bronx, NY 10457

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                  Plaintiff                 CIVIL NO. 07-CV-8759

  -AGAINST-

NUESTRO BAR INCORPORATED
d/b/a NUESTRO BAR
and LUIS M. PENA                    **DEFAULT JUDGMENT**
and HECTOR LIMAS CASTILLO

                  Defendant
-----------------------------------------------------X

      This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Nuestro Bar Incorporated d/b/a Nuestro Bar on November 15, 2007, and a proof of service having been filed on November 29, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired.  The Clerk also noted the defendant's default on April 25, 2008, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from February 25, 2006, amounting to $3,900.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $24,370.00.

Dated: New York, New York
       _____

                                            _____
                                            William H. Pauley III
                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS , INC.

                    Plaintiff          07 CV 8759

  -AGAINST-

NUESTRO BAR INCORPORATED
d/b/a NUESTRO BAR                    AMENDED
and LUIS M. PENA                      **CERTIFICATE OF SERVICE**
and HECTOR LIMAS CASTILLO

                    Defendant
-----------------------------------------------------X

I certify that a copy of the Amended Notice of Motion for A Default Judgment was sent via U.S. Postal Service, postage prepaid, first class mail, addressed to the following on July 22, 2008:

Nuestro Bar Incorporated
d/b/a Nuestro Bar
8 East Mount Eden Ave.
Bronx, NY 10457


                    By:    /s/ Paul J. Hooten
                             Paul J. Hooten, Esquire
                             Attorney for Plaintiff
                             5505 Nesconset Highway, Suite 203
                             Mt. Sinai, NY 11766
                             Telephone (631) 331-0547