UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                    Plaintiff             CIVIL NO. 07-CV-8759

  -AGAINST-

NUESTRO BAR INCORPORATED
d/b/a NUESTRO BAR
and LUIS M. PENA              **DEFAULT JUDGMENT**
and HECTOR LIMAS CASTILLO

                    Defendant
---------------------------------------------------X

       This action having been commenced on October 10, 2007 by the filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been

served on the defendant, Nuestro Bar Incorporated d/b/a Nuestro Bar on November 15,

2007, and a proof of service having been filed on November 29, 2007 and the defendant

not having answered the Complaint, and the time for answering the Complaint having

expired.  The Clerk also noted the defendant's default on April 25, 2008,  it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment

against defendant in the amount of $20,000.00 with interest at 9% from February 25,

2006, amounting to $3,900.00; plus costs and disbursements of this action in the amount

of $470.00, amounting in all to $24,370.00.

Dated: New York, New York

    _____

                             _____
                             William H. Pauley III
                             United States District Judge