UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                   Plaintiff         CIVIL NO. 07-CV-8759

-AGAINST-

NUESTRO BAR INCORPORATED
d/b/a NUESTRO BAR              **AMENDED NOTICE OF MOTION**
and LUIS M. PENA                **DEFAULT JUDGMENT**
and HECTOR LIMAS CASTILLO

                   Defendant
----------------------------------------------------X

Sirs:

**PLEASE TAKE NOTICE** that upon the amended affidavit of Paul J. Hooten sworn to on the 1st day of August, 2008 in support of said application and exhibits attached thereto, Plaintiff moves this Court for an Order granting the entry of default judgment against the defendants for the sum of Twenty Thousand Dollars, plus interest on such sum from February 25, 2006 at the rate of nine percent (9%) per annum; plus costs and disbursements in the amount of Four Hundred Seventy Dollars ($470.00).

Mt. Sinai, New York.

August 1, 2008                   Respectfully submitted,
                          By:  /s/ Paul J. Hooten
                                Paul J. Hooten & Assoc. (PJH9510)
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766
                                Attorney for Plaintiff

Nuestro Bar Incorporated
d/b/a Nuestro Bar
and Luis M. Pena
and Hector Limas Castillo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS , INC.

                    Plaintiff          07 CV 8759

  -AGAINST-

NUESTRO BAR INCORPORATED
d/b/a NUESTRO BAR
and LUIS M. PENA                **CERTIFICATE OF SERVICE**
and HECTOR LIMAS CASTILLO

                    Defendant
-----------------------------------------------------X

I certify that a copy of the Amended Notice of Motion for A Default Judgment, Default Judgment, Amended Proposed Findings of Facts and Conclusions of Law, Amended Affidavit in Support of Default Judgment was sent via U.S. Postal Service, postage prepaid, first class mail, addressed to the following on August 1, 2008:

Nuestro Bar Incorporated
d/b/a Nuestro Bar
and Luis M. Pena
and Hector Lima Castillo
8 East Mount Eden Ave.
Bronx, NY 10457


                    By:    /s/ Paul J. Hooten
                           Paul J. Hooten, Esquire
                           Attorney for Plaintiff
                           5505 Nesconset Highway, Suite 203
                           Mt. Sinai, NY 11766
                           Telephone (631) 331-0547