UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                     Plaintiff          CIVIL NO. 07-CV-8759

-AGAINST-

NUESTRO BAR INCORPORATED
d/b/a NUESTRO BAR
and LUIS M. PENA                   **DEFAULT JUDGMENT**
and HECTOR LIMAS CASTILLO

                     Defendant
-----------------------------------------------------X

     This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Nuestro Bar Incorporated d/b/a Nuestro Bar and Luis M. Pena and Hector Limas Castillo on November 15, 2007, and a proof of service having been filed on November 29, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on April 25, 2008, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from February 25, 2006, amounting to $3,900.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $24,370.00.

Dated: New York, New York
       _____

                                                _____
                                                William H. Pauley III
                                                United States District Judge