UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>　　　　Plaintiff,<br>v.<br><br>NUESTRO BAR INCORPORATED<br>d/b/a NUESTRO BAR<br>and LUIS M. PENA<br>and HECTOR LIMAS CASTILLO<br><br>　　　　Defendant, | 07-CV-8759<br><br>CLERK'S CERTIFICATE<br>OF DEFAULT |

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, pursuant to Fed R. Civ. P. 55, do hereby certify that the docket entries in the above-entitled action indicate that the defendant, Nuestro Bar Incorporated d/b/a Nuestro Bar was served with a copy of the Summons and Complaint in the above-entitled action on November 15, 2007.

I further certify that the docket entries indicate that the defendant Nuestro Bar Incorporated d/b/a Nuestro Bar has not filed an Answer. The Default of the defendant, Nuestro Bar Incorporated d/b/a Nuestro Bar is hereby entered according to law.

DATED: New York, New York
　　　　　　　　　　　, 2008



J. Michael McMahon
CLERK OF THE COURT