AFFIDAVIT OF : STEPHEN BROWAND

COUNTY OF: BRONX            STATE OF: NEW YORK

BEFORE ME, the undersigned authority, on this day personally appeared STEPHEN BROWAND, and after being first duly sworn according to law, deposes and states as follows:

1. My name is STEPHEN BROWAND. I am over the age of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein, personally acquainted with the facts stated herein, and state that they are true and correct.

2. I am currently employed by **AUDITMASTERS**

3. At approximately 11:20 p.m. on this 25th day of February 2006, I entered:

   NUESTRO BAR

   8 EAST MOUNT EDEN AVENUE

   Bronx, NY 10452

During my visit, I observed that NUESTRO BAR was displaying the **Fernando "El Feroz" Vargas vs. "Sugar" Shane Mosley** Championship Boxing Match and/or its undercard preliminary bouts. I took a head count at this time and counted approximately 35 (number) of persons inside the establishment. I also noticed there were 01 (number) of televisions and/or monitors for viewing by patrons inside this establishment.

4. The television monitor(s) displayed the following: (Logos as they appear on the microphone, ringmat, ring posts, or television screens; and the identity of any boxing activity witnessed, specifically, if applicable, names of fighters, color of boxing trunks, round number and time remaining in round.)

I OBSERVED THE "El Feroz" Vargas vs. "Sugar" Shane Mosley Championship Boxing Match which was in the 4th Round with 2:23 remaining in the round. Vargas was wearing gold boxing trunks and Mosley was wearing blue trunks with a white stripe. Ring Mat was blue in color with Rockstar energy drink logo at center. 2 Ring Post(s) had Rockstar and the other 2 had Mandalay on them.

PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE.

By: _____Stephen Browand_____ (Signature of Auditor)

STEPHEN BROWAND            (Printed Name of Auditor)

Dated: Feb 27th, 2006

Sworn to and subscribed before me this 27 day of February 2006.

Notary Public in and for the State of ___NY___

My Commission Expires:

_____
(Signature of Notary Public)
this is a legal document and **MUST** be typed.

RIMON RESHEF
Notary Public, State of New York
No. 41-4860320
Qualified in Queens County
Commission Expires Jun 2, 2006

