```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
J&J SPORTS PRODUCTIONS, INC.,      :

               Plaintiff,      :      07 Civ. 8759 (WHP)

      -against-      :      ORDER

NUESTRO BAR INCORPORATION d/b/a    :
Nuestro Bar, LUIS PENA and HECTOR
LIMAS CASTILLO,                    :

             Defendants.     :
------------------------------- X

WILLIAM H. PAULEY III, District Judge:

      Plaintiff's motion for a default judgment against Defendant Nuestro Bar Inc. is denied without prejudice for failure to comply with this Court's Individual Practices.

Dated: August 6, 2008
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of Record*:

Paul Joseph Hooten, Esq.
5505 Nesconset Hwy., Suite 203
Mt. Sinai, NY 11766
*Counsel for Plaintiff*